

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA VENTURINO, ET AL. | MISC. CASE NO. 17-mc-59 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Patricia Venturino, as Administrator and Derivative Claimant, and Mary Roniger as Derivative Claimant, of the Estate of Arthur Roniger, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___4th___ day of April, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE